1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   2:10-CV-02057-MCE-GGH
                                     )
12          Plaintiff,               )
                                     )
13     v.                            )   FINAL JUDGMENT OF FORFEITURE
                                     )
14  APPROXIMATELY $26,490.00 IN      )
    U.S. CURRENCY,                   )
15                                   )
            Defendant.               )
16  _____)

17      Pursuant to the Stipulation for Final Judgment of Forfeiture,

18  the Court finds:

19      1.  This is a civil forfeiture action against Approximately

20  $26,490.00 in U.S. Currency (hereafter "defendant currency") seized

21  on or about February 18, 2010.

22      2.  A Verified Complaint for Forfeiture *In Rem* was filed on

23  August 2, 2010, alleging that said defendant currency is subject to

24  forfeiture to the United States of America pursuant to 21 U.S.C. §

25  881(a)(6).

26      3.  On or about August 12, 2010, the Clerk issued a

27  Warrant for Arrest for the defendant currency, and that warrant was

28  duly executed on August 13, 2010.

                          1          Final Judgment of Forfeiture

4.   Beginning on August 10, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 9, 2010.

5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice was given to the following individuals:

        a.   Michelle Robinson

        b.   Mandel Jackson

6.   On October 26, 2010, Michelle Robinson filed a Claim of Ownership asserting an interest in the defendant currency.   On November 16, 2010, Michelle Robinson filed an Answer.  No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Mandel Jackson on October 7, 2010. Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Mandel Jackson without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

///

///

///

///

Final Judgment of Forfeiture

1      1.   The Court adopts the Stipulation for Final Judgment of

2  Forfeiture entered into by and between the parties to this action.

3      2.   That judgment is hereby entered against claimant Michelle

4  Robinson and all other potential claimants who have not filed

5  claims in this action.

6      3.   Upon entry of this Final Judgment of Forfeiture,

7  $17,660.00 of the $26,490.00 in U.S. Currency, together with any

8  interest that may have accrued on that amount, shall be forfeited

9  to the United States pursuant to 21 U.S.C. § 881(a)(6), to be

10 disposed of according to law.

11     4.   Upon entry of this Final Judgment of Forfeiture herein,

12 but no later than 60 days thereafter, $8,830.00 of the $26,490.00

13 in U.S. Currency, together with any interest that may have accrued

14 on that amount, shall be returned to claimant Michelle Robinson

15 through her attorney Brian J. Petersen.

16     5.   That plaintiff United States of America and its servants,

17 agents, and employees and all other public entities, their

18 servants, agents, and employees, are released from any and all

19 liability arising out of or in any way connected with the seizure,

20 arrest, or forfeiture of the defendant currency.  This is a full

21 and final release applying to all unknown and unanticipated

22 injuries, and/or damages arising out of said seizure, arrest, or

23 forfeiture, as well as to those now known or disclosed.  The

24 parties waived the provisions of California Civil Code § 1542.

25 ///

26 ///

27 ///

28 ///

6.   That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about August 2, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.   All parties are to bear their own costs and attorneys' fees.

8.   The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 30th day of March, 2011.

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed August 2, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant properties, and for the commencement and prosecution of this forfeiture action.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4                          Final Judgment of Forfeiture